IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 19 CR 474-1 |
| | ) | |
| YALE SCHIFF | ) | Judge Mary M. Rowland |

**YALE SCHIFF'S RESPONSE TO GOVERNMENT'S
SUPPLEMENTAL SENTENCING MEMORANDUM**

The Government filed a supplemental sentencing memorandum alleging Mr. Schiff committed fraud while on pretrial release (R. 281). The government's entire claim of fraud is premised on a single business dispute Mr. Schiff's company, Synergy Sales, had with one of its vendors (T-Force). As detailed below, the government's allegations are unsupported by both the facts and evidence presented, and this Court should reject this 11th hour baseless allegation by the Government.[1]

I. **History of Synergy Sales**

As this Court is aware from the PSR and prior hearings, Mr. Schiff continued to work and support his family while this case was pending. Mr. Schiff created Synergy Sales in 2020, along with his father, when he identified a major distribution issue during the COVID-19 pandemic. When his neighborhood pool was shut down, Mr. Schiff and his wife were attempting to purchase a backyard pool for their children

---

[1] Mr. Schiff declined the opportunity for a full hearing on this matter as this is a complete side show that would result in hours of testimony regarding a single business dispute that has nothing to do with the charged conduct at issue. As demonstrated in this filing, the government's facts are simply wrong and the dispute at issue is a business dispute that according to Mr. Schiff was settled years ago when T-Force contacted Mr. Schiff's attorney and never followed up after Mr. Schiff denied their allegations and threatened litigation based on T-Force's inappropriate conduct in attempting to collect the alleged debt.

1

and could not find one locally. After hours of research, Mr. Schiff finally located a pool at a Fleet Farm almost four hours away from their home in rural Illinois. When Mr. Schiff arrived to pick up the pool, there were dozens of pools available for purchase. It did not make sense that with demand so high for these items that this store would have so much unsold inventory. Mr. Schiff struck up a conversation with an employee of the store who explained that the store did not offer shipping on these items because they were relatively difficult to ship and complicated to install and maintain. A light bulb went off in Mr. Schiff's head and Synergy Sales was born.

Over the next five years, Mr. Schiff grew their business well beyond the sale of swimming pools. He partnered with Amazon as a third-party seller on hundreds of items, most that required a higher level of customer service than brick and mortar retailers could provide. Even with Amazon's strict price controls, Mr. Schiff was able to generate a profit by providing knowledge on how to properly use these products, such as which chemicals were required, how much space was needed, how to install, etc.

This was more than a 9 to 5 job for Mr. Schiff. It is not unusual for Mr. Schiff to spend hours on the phone with a single customer, including speaking with their maintenance staff or contractors both during the early mornings and late evenings. Mr. Schiff spent countless hours learning about each product he sold through online trainings, conversations with the manufacturers and in-person conferences. He became an expert on every item that he sold. His extensive track record of providing excellent customer service led to him becoming a verified seller with Bestway and Nanoleaf manufacturers, and contracting and working with dozens of other

2

manufacturers and retailers, including, amongst many others, Intex, Home Depot, Blains Farm and Fleet, Menards, Big Lots, Rural King and American Sale.

Mr. Schiff also maintains contracts and relationships with some of the largest shipping companies, including Fed Ex, UPS, Pilot, RL Carriers and Estes. Mr. Schiff's business continues to thrive and to this day he maintains a daily relationship with UPS, the former parent company of T-force, the company at the heart of this motion.

For the past five years, Synergy Sales has consistently maintained a 93-100% positive customer rating on Amazon due to its exceptional customer service.[2] This is particularly impressive because it is commonly known that customers are more likely to go out of their way to write a negative review than a positive one. The level of care that Mr. Schiff provides to his customers in navigating the installation and maintenance of the products he sells is what makes his company stand out amongst competitors.

## II. Synergy Sales Was Not "Set Up For Fraud."

The government alleges that Mr. Schiff "went out of his way to set up his company in a manner that cloaked his identity." (Supp. at 3). This is simply not true. Synergy Sales was lawfully incorporated with the State of Illinois and Mr. Schiff filed taxes for all income earned from Synergy. Mr. Schiff had his LinkedIn account note that he was the CEO of Synergy Sales. There was no attempt to hide his identity as the true owner of Synergy.

The government's claim that Mr. Schiff attempted to "cloak his identity" appears to rest on a claim that he used a separate phone number for the business, rather than

---

[2] A sampling of Synergy's positive reviews are attached as Exhibit A.

3

his personal number, and that he used his middle name as an "alias" in dealings with customers.

The "burner phone" number that the government takes issue with is merely an app that is used to enable a person or business to have two phone numbers that can ring on multiple phones at the same time. Mr. Schiff, along with many other business owners does not provide his personal cell phone number to his customers or business partners. Therefore, Mr. Schiff registered a separate business number ending in 7678 to give him the freedom of deciding which calls to answer on his personal phone. This number is readily visible on his Amazon and business website to this day as the method for customers and partners to reach Mr. Schiff. (Exhibit B).

Regarding the use of different names in running Synergy, as previously discussed, a simple google search of the name "Yale Schiff" brings up negative publicity based on the current charges. Mr. Schiff, who was attempting to grow his small business, thought it best to not use his unique name so as to not scare off potential customers. While the government may disagree with this approach, it certainly was not criminal nor fraudulent.

The government also alleges that Mr. Schiff "initially opened the account [with T-Force] using the name Mike Michael, Manager of A Distribution." (Supp. at 4). The government uses this assertion to further convince this Court that Mr. Schiff was attempting to defraud T-Force. However, once again the government's own evidence demonstrates the baselessness of its claim. The T-Force account executive in charge of handling the Synergy account was interviewed by T-Force as part of an internal investigation. That sales representative admitted in a recorded interview that it was

him who put that information in the T-Force system:

> Investigator: Do you think the Michael Michaels name, where do you think that came from or do you think they gave that to kind of throw you off on who they really were?
>
> Sales Rep: If I'm being honest I think what happened was, I think the contact originally we thought was Mike, not Mark and we didn't have a last name so *we* [Tforce] put Mike Michael because you need a last name and then we found out it was Mark so we switched it.[3]

### III. Mr. Schiff Did Not Defraud T-Force.

The government's claims that Synergy Sales was a fraudulent company is based entirely on this one-off business dispute Synergy had with one of its dozens of vendors over the course of five years. During this five-year period Synergy has had no other significant issues with any of its dozens of vendors or thousands of customers. Despite this, the government attempts to paint both Mr. Schiff and Synergy as complete frauds and this view is simply unsupported by the record.

#### a. "The Fake Bank Account"

In a misplaced attempt to support its assertion that Synergy Sales was a fraudulent company the Government relies on a single email sent by Synergy to T-Force in which the bank account number for Synergy was listed incorrectly (Supp. at 6). The government believes that this single email from September 22, 2021, is their smoking gun establishing the fraudulent nature of Synergy Sales. However, it was Mr. Schiff himself who alerted the T-Force sales representative, *the following day*, that the

---

[3] This same sales representative admitted in his interview with the internal investigator that Synergy was "not being billed or charged correctly." The sales representative acknowledged that Synergy was not being invoiced with the promised 85% shipping discount but only a much lower 45% discount. This has always been the premise of Synergy's position in this commercial dispute and is why Mr. Schiff presumed T-Force never actually filed suit in court.

5

email contained incorrect account information. (Exhibit C). If Synergy truly were the fraudulent company that the Government is claiming it to be, it makes no sense that Mr. Schiff would reach out to T-Force *within 24 hours* to notify them of the incorrect account information provided. Rather, what this correction email demonstrates is that Synergy Sales is a small business who sometimes makes mistakes and when those mistakes are realized they own up to them. Indeed, as soon as Synergy realized the error, Mr. Schiff raised it with T-Force which is the sign of an honest company attempting to cure their mistake.

### b. "The Fake Delivery of Payments"

The government continues down the wrong path in its fruitless attempt to establish fraud by directing the Court to an alleged scheme by Synergy in which it allegedly sent its payments to an incorrect address and created "false tracking information."[4] (Supp. at 8). These are serious allegations and would be significant evidence of fraud by Synergy if true. However, once again the government's facts are incorrect and thus their narrative fails. First, the government claims that the shipping confirmation that Synergy received from Fed Ex indicates an individual named "W. Cole" signed for the envelope but "nobody of that name is known to [T-Force.]" (Supp at 8). Whether someone by that name works for T-Force or not is unknown to Mr. Schiff. What is known is that T-Force produced to the government the checks that were in the envelope signed for by "W. Cole" so it certainly appears that someone by that name opened the envelope and provided the checks to T-Force, or how else could they provide

---

[4] Based on a conversation with the government on January 15, 2024, it appears that the Government is withdrawing this argument. However, the Court should view what the government initially alleged and is now withdrawing as further evidence that their fraud allegation cannot be supported by the record evidence.

6

the checks to the Government?

Second, and more importantly, the Government attempts to support this false narrative of a "fake delivery of payments" by claiming Mr. Schiff "sent a package purporting to be checks to [T-Force] not at its Network Place address, but to a FedEx hub located at 875 W. Division." (Supp. at 8). Once again if the Government were correct that this was an actual fraud scheme by Mr. Schiff, this would be great evidence of it. However, their own evidence demonstrates the Government's error. The shipping label on the envelope demonstrates it was indeed addressed to T-Force's Network Place address (Exhibit D). Further investigation reveals that the Network Place address provided by T-Force does not actually exist and it is a phantom address used by J.P Morgan Chase Bank for businesses to accept payments from vendors and customers. Presumably the 875 W. Division Address, which is the main Fed Ex hub in Chicago, is the address mailings to this T-Force created address are routinely sent to. Meaning, it was not Mr. Schiff who devised this elaborate rerouting scheme, but T-Force's own internal billing structure.

### c. "The Fake Checks"

After going 0 for 2 in their fraud allegations, the Government raises a third claim of "Fake Checks." (Supp. at 5). While this time the Government is correct that the checks sent by Synergy Sales[5] contained incorrect bank account information, this was simply an error based on the check software used by Synergy. Notably, the government produces nothing from T-Force regarding a follow-up from T-Force to Synergy regarding this payment issue, and Mr. Schiff had no notice of this error until provided

---

[5] E-Distribution was the shipping division of Synergy Sales.

these checks by the Government in discovery. Was a billing error made by Synergy? Yes. Was this part of some grand fraud scheme the Government is alleging? Absolutely not which is why the Government's claims fall apart upon further review as demonstrated above.

### d. The T-Force Incident is a Business Dispute and Not Fraud.

T-Force was one of dozens of vendors that Synergy dealt with over the past five years. There have been no other billing disputes with any other vendors or any of the thousands of Synergy customers. As soon as T-Force sent a demand letter to Mr. Schiff regarding this dispute, he contacted a civil attorney who handled the dispute. Both Mr. Schiff and his attorney presumed the dispute was settled when T-Force never again contacted either Mr. Schiff or his attorney. To the extent T-Force wants to pursue further civil litigation that is certainly their right. However, the government's attempt to paint this straightforward billing dispute as some sort of elaborate fraud scheme committed by Mr. Schiff while on pretrial release simply fails and should be outright rejected by this Court.

Dated: January 15, 2025

Respectfully submitted,

/s/ *Christopher V. Parente*
Christopher V. Parente

**Cheronis & Parente LLC**
140 S. Dearborn Street, Suite 404
Chicago, Illinois 60603
(312) 663-4644